RD 2/19/2020

# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: Vera Scanlon          DATE: 2/18/2020

DOCKET NUMBER: 20 CR 59 (PPK)            LOG #: 11:49 – 11:52

DEFENDANT'S NAME: Lee D'avanzo
✓ Present ___ Not Present ✓ Custody ___ Bail

DEFENSE COUNSEL: James Froccaro
___ Federal Defender ___ CJA ___ Retained

A.U.S.A: Devon Lash            CLERK: S M Ynen

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
___ Defendant advised of bond conditions set by the Court and signed the bond.
___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
___ (Additional) surety/ies to co-sign bond by _____
___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 2/18/20 Stop 3/3/2020

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____