JAMES R. FROCCARO, JR.
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

February 26, 2020

BY ECF
Hon. Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Lee D'Avanzo
20 Cr 059 (RPK)

Dear Judge Kovner:

This letter will confirm that the status conference previously scheduled before Your Honor for 2:00 p.m. on March 3, 2020, has been adjourned on consent of the parties to 10:30 a.m. on March 4, 2020.

Respectfully yours,

/JRF/

James R. Froccaro, Jr.

JRF:pa