

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK:DEL
F.#2020R00056

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 16, 2020

<u>By ECF and Email</u>

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Lee D'Avanzo
              <u>Criminal Docket No. 20-059 (RPK)</u>

Dear Judge Kovner:

      The defendant has informed the government that he wishes to schedule a change of plea hearing in order to enter a guilty plea. Accordingly, the parties jointly request that the Court schedule a change of plea hearing. The parties are available Tuesday, March 17, after 12:00 p.m.; Friday, March 20, 2020, at 11:00 a.m., or on another date convenient for the Court. The Court has excluded time pursuant to the Speedy Trial Act from the date of the last status conference in March 4, 2020 until the next status conference currently scheduled for April 6, 2020, at 11:00 a.m.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/ Devon Lash
      Devon Lash
      Assistant U.S. Attorney
      (718) 254-6014

cc:    Clerk of Court (by ECF and Email)
       James Frocarro, Jr., Esq. (by ECF and Email)